*App.* 114 (74 S. E. 897); *Ralston* v. *Boady,* 20 *Ga.* 449; *Bashinski* v. *State,* 122 *Ga.* 164; *Kessler* v. *State,* 119 *Ga.* 301; *Bashinski* v. *State,* 123 *Ga.* 508 (51 S. E. 499); *Kessler* v. *Pearson,* 126 *Ga.* 725 (5 S. E. 963, 8 Ann. Cas. 180); *Postelle* v. *Rivers,* 112 *Ga.* 850 (38 S. E. 109); Corbin v. Houlehan, 100 Maine, 246 (61 Atl. 131); 5 Decennial Dig., title Contracts, § 122; Penal Code (1910), § 434; Allen v. Hawks, 30 Mass. 79; Pottle v. Greely, 54 Mass. 286; Miller v. Post, 83 Mass. 435; *Murray* v. *Williams,* 121 *Ga.* 63 (48 S. E. 686); *Conley* v. *Sims,* 71 *Ga.* 161; *Kleckley* v. *Leyden,* 63 *Ga.* 216; *R. M. Rose Co.* v. *State,* 133 *Ga.* 356 (65 S. E. 770, 36 L. R. A. (N. S.) 443); *Whitley* v. *McConnell,* 133 *Ga.* 738 (66 S. E. 933, 27 L. R. A. (N. S.) 287, 134 Am. St. R. 223); Delamater v. South Dakota, 20 S. S. 23 (8 L. R. A. (N. S.) 774, 104 N. W. 537).

---

## 6911. IRBY v. ENGLISH.

BROYLES, J. In the state of the record it is not shown that the court erred in overruling the certiorari.　　　*Judgment affirmed.*

DECIDED MAY 19, 1916.

Certiorari; from Glascock superior court—Judge Walker. August term, 1915.

*J. C. Newsome,* for plaintiff in error.